## In re VANDERBILT'S ESTATE.

(Supreme Court, Appellate Division, First Department. April 25, 1902.)

On rehearing. Modified, and order of surrogate affirmed.
For former opinion, see 74 N. Y. Supp. 450.

PER CURIAM. The court of appeals (62 N. E. 561) having reversed the ruling of the Second department in Re Gihon's Estate, 64 App. Div. 504, 68 N. Y. Supp. 381, 72 N. Y. Supp. 1104, the order of

the surrogate made in this case, providing that the amount of the federal war tax should not be deducted from the assessed valuation of Mr. Vanderbilt's estate, must be affirmed, with costs.